IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRUCE RUTTENBURG, | ) | |
| Plaintiff, | ) | |
| | ) | No.03-2523C |
| v. | ) | |
| | ) | (Judge Mary Ellen Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEVEN MAGER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-2377
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: November 13, 2003

s/Steven Mager

STEVEN MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2003, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on this 13th day of November, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

James Geagan
Law Offices of James Geagan
846 Broadway
Sonoma, CA 95476
Phone (707) 939-9593
Fax (707) 996-2460

s/STEVEN MAGER