IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRUCE RUTTENBURG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2274C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 59 calendar days, to and including February 27, 2004, in which to respond to plaintiff's complaint. Defendant's response is presently due December 30, 2003. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. Agency counsel has been, and will continue to be unavailable during the holidays, and it is necessary to consult with counsel in order to adequately investigate this case and appropriately respond to plaintiff's complaint. Moreover, Government counsel is handling several other matters before this Court (e.g. Record Steel v. United States, No. 03-2274; John E. McCafferty d/b/a Classic Catering v. United States, No. 03-2292; Todd Verdone v. United States, Nos. 03-2688, 03-2689, 03-2690), the responses to which are due in January 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

December 19, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of December, 2003, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 19th day of December, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

James Geagan
Law Offices of James Geagan
846 Broadway
Sonoma, CA 95476

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice