# In the United States Court of Federal Claims

**NOTICE**

**BRUCE RUTTENBURG**

**No. 03-2523 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 19, 2003**

To Attorney of Record, Assistant Attorney General, and Judge Williams:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed December 19, 2003, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk