# In the United States Court of Federal Claims

**No. 03-2523C**
**(Filed March 5, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**BRUCE RUTTENBURG,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER TO COMPLY WITH NOTICE OF DESIGNATION OF ELECTRONIC CASE**

---

James Geagan, counsel for Plaintiff, is hereby ordered to comply with the Notice of Designation of Electronic Case dated October 31, 2003.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**