IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRUCE RUTTENBERG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2523C |
| v. | ) | |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

James Geagan declares under penalty of perjury that the following is true and correct:

I am an attorney at law admitted to practice before this Court and am the attorney for plaintiff Bruce Ruttenberg in the above-entitled action.

Plaintiff hereby applies for an extension of 30 days to April 28,l 2004 for the filing of his opposition to the motion of the United States to dismiss the action or for summary judgment in its favor. The opposition is now due on March 29, 2004. The grounds for this application are as follows:

Bruce Ruttenberg resides in Kotzebue Alaska, a small village north of the Arctic Circle. Despite modern technology, communication between my office in Sonoma, California and Dr. Ruttenberg's office in Kotzebue is often somewhat slow. The additional time will allow me to consult with my client and obtain from him whatever evidence may be relevant to the filing of the opposition.

Additional time is also necessary as I have been very involved in the preparations of an opposition to summary judgment in a case in California state court which has consumed the great majority of my time in the last several weeks. That case has made it difficult to address the pending motion in this case.

I have contacted Steven Mager, counsel for the United States, concerning this application and he has advised that he has no opposition to an extension of time.

Executed this 26th day of March 2004 at Sonoma, California.

Dated: March 26, 2004

Respectfully submitted,

s/James Geagan

Certificate of Service

I hereby certify that on March 29, 2004, a copy of the foregoing **Unopposed Application For Extension of Time to File Opposition to Motion to Dismiss Or, in The Alternative, For Summary Judgment** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on March 29, 2004, I caused to be served by United States mail copies of **Unopposed Application For Extension of Time to File Opposition to Motion to Dismiss Or, in The Alternative, For Summary Judgment** addressed as follows:

**Steven Mager**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**United States Department of Justice**
**Washington, D.C.**
**Telephone: (202) 616-2377**
**Facsimile: (202) 514-8624**

**Attn.: Classification Unit**
**1100 L Street, NW, 8th Floor**

s/James Geagan
James Geagan