# In the United States Court of Federal Claims

**No. 03-2523C**

**(Filed March 30, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BRUCE RUTTENBURG,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 29, 2004, Plaintiff filed an unopposed motion for an enlargement of time of 30 days, to and including April 28, 2004, within which to file his opposition to Defendant's motion to dismiss or, in the alternative, for summary judgment. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**