# In the United States Court of Federal Claims

**No. 03-2523 C**

**BRUCE RUTTENBURG,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed March 25, 2005, granting defendant's Motion for Summary Judgment as to Plaintiff's claim for breach of contract, and granting defendant's Motion to Dismiss Plaintiff's claim for specific performance,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**March 28, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.